September 19, 1973

## Blewitt Appeal.

Argued April 12, 1973. *Perry F. DiCola,* for appellant; *Allan M. Gross,* Assistant County Solicitor, with him *Francis A. Barry,* County Solicitor, for appellee.

Order affirmed.

## Commonwealth *v.* Cook, Appellant.

Argued March 12, 1973. *Gerald E. Ruth,* Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.